S. Catherine Wester and her husband George W. Wester, Plaintiffs in Error, v. Louisville & Nashville Railroad Company, a Corporation, Defendant in Error.

Filed April 27, 1916.

Writ of Error to Circuit Court, Jackson County; D. J. Jones, Judge.

Judgment affirmed.

*James H. Finch,* for Plaintiffs in Error;

*Paul Carter,* for Defendant in Error.

———————

James Smith, Appellant, v. G. W. Jackson and Fannie Jackson, his wife, Appellees.

Filed April 28, 1916.

Appeal from Circuit Court, Suwannee County; M. F. Horne, Judge.

Decrees affirmed.

*J. B. Johnson,* for Appellant;

*Humphreys & Blackwell,* for Appellees.